## In re LG DISPLAY CO., LTD.

No. 2013–1055.

United States Court of Appeals,
Federal Circuit.

July 22, 2013.

Robert S. Rigg, Vedder Price P.C., of Chicago, IL, argued for appellant. With him on the brief were Timothy Nitsch; and Rebecca G. Rudich, of Washington, DC.

Michael S. Forman, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Deputy Solicitor, and William Lamarca, Associate Solicitor.

NEWMAN, BRYSON, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.